United States Bankruptcy Court
District of Maryland

In Re: **Charles Edward Fair, II**　　　　　　　Case Number: 24-18923

　　　　　　　Debtor(s)　　　　　　　　　　　　Chapter: 7

## VERIFICATION OF CREDITOR MATRIX

The above named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 07/30/2024　　　　　Signature of Debtor(s):  /s/  *Charles*
　　　　　　　　　　　　　　　　　　　　　　　　　/s/

**Debtor:** Charles Edward Fair, II                                          **Case No:** _____

AMERICAN EXPRESS HEAD OFFICE
WORLD FINANCIAL CENTER
200 VESEY STREET
NEW YORK, NY 10285


CAPITAL ONE SERVICES, LLC
11011 WEST BROAD STREET
RICHMOND, VA 23233

NAVY FEDERAL CREDIT UNION
820 FOLLIN SE
VIENNA, VA 22180-4907

CHASE INK
LA4-7200 700 KANSAS LANE
MONROE, LA 71203

CHASE SOUTHWEST AIRLINES
P.O. BOX 15298
WILMINGTON, DE 19850

PENNYMAC
20500 BELSHAW AVENUE
CARSON, CA 90746

HOA OAKSIDE COMMUNITY ASSOCIATION, INC.
(AMERICAN COMMUNITY MANAGEMENT)
1099 WINTERSON ROAD SUITE 200
LINTHICUM HEIGHTS, MD 21090

AT&T
C/O BUSINESS BANKRUPTCY
PO BOX 769
ARLINGTON, TX 76004

AMAZON PRIME
410 TERRY AVENUE NORTH
SEATTLE 98109, WA

NETFLIX
121 ALBRIGHT WAY
LOS GATOS, CA 95032


HULU
2500 BROADWAY STE 200
SANTA MONICA, CA, 90404-3071

Debtor: Charles Edward Fair, II                                Case No: _____

VERIZON WIRELESS BANKRUPTCY ADMINISTRATION
500 TECHNOLOGY DRIVE
SUITE 550
WELDON SPRING, MO 63304

WELLS FARGO
P. O. Box 3908
Portland, OR 97208-3908

BALTIMORE GAS & ELECTRIC (BGE)
P.O. BOX 1475
BALTIMORE, MD 21203

ALLSTATE
3100 SANDERS ROAD
NORTHBROOK, IL 60062

ROYAL UNO CORPORATION
15476 N.W. 77 CT # 702
MIAMI LAKES, FL 33016

ROYAL UNO CORPORATION
BOULEVARD KUKULCAN KM 17 ZONA HOTELERA DE,
77500 CANCÚN, Q.R., MEXICO

CHOICE HOME WARRANTY
2147 ROUTE 27 SOUTH
4TH FLOOR
EDISON, NJ 08817

AAA
1580 WESEL BOULEVARD VALLEY PARK COMMONS
HAGERSTOWN, MD 21740

APPLE INC (ITUNES)
ONE APPLE PARK WAY
CUPERTINO, CA 95014

OWINGS MILLS VETERINARY CENTER
9623A REISTERSTOWN ROAD
OWINGS MILLS, MD 21117

STATE FARM LIFE INSURANCE
ONE STATE FARM PLAZA
BLOOMINGTON, IL 61710

**Debtor:** Charles Edward Fair, II        **Case No:** _____

MIDTOWN CEDAR HILL APARTMENTS
365 UPTOWN BLVD
CEDAR HILL, TX 75104
CITY OF BALTIMORE WATER
200 HOLLIDAY STREET
BALTIMORE, MD 21202

FREEDOM LIFE INSURANCE COMPANY OF AMERICA
300 BURNETT STREET
FORT WORTH, TX 76102

KINGDOM MEDICAL ADMIN SERVICES
6555 STATE HWY 161
IRVING, TX, 75039

CHESAPEAKE UROLOGY ASSOCIATES
201 PLUMTREE RD STE 200
BEL AIR, MD, 21015-6048

NEW TOWN DENTAL
9419 COMMON BROOK RD, #218
OWINGS MILLS, MD 21117

SAFECO INSURANCE
175 BERKELEY STREET
BOSTON, MASSACHUSETTS, 02116

MARYLAND VASCULAR SPECIALISTS
3401 BOX HILL CORPORATE CENTER DRIVE. SUITE 204
21009 ABINGDON, MD

NORTH TEXAS TOLLWAY AUTHORITY
P.O. BOX 260928
PLANO, TEXAS 75026-0928

PROFESSIONAL ACCOUNT MANAGEMENT
2040 W WISCONSIN AVE APT 556
MILWAUKEE, WI, 53233-2028

PROFESSIONAL ACCOUNT MANAGEMENT
633 W WISCONSIN AVE STE 1600
MILWAUKEE, WI 53203-1920